# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS COUNTY

---

WILLIAM GUNNAR TRUITT

      Plaintiff,

   -against-                          Index No. 2018-52675

SALISBURY BANK AND TRUST COMPANY;    **NOTICE TO CLERK OF**
AND SALISBURY BANCORP, INC.,                **FILING OF NOTICE OF**
                                                  **REMOVAL**

      Defendants.

---

TO:   Clerk of the Court
       Supreme Court of the State of New York
       County of Dutchess
       10 Market Street
       Poughkeepsie, New York 12601

SIR OR MADAM:

PLEASE TAKE NOTICE that on September 14, 2018, Defendants Salisbury Bank and Trust Company and Salisbury Bancorp, Inc. (together, "Defendants") filed a Notice of Removal, a copy of which is attached hereto, in the United States District Court for the Southern District of New York. This Court shall therefore proceed no further unless and until the case is remanded. 28 U.S.C. § 1446(d).


Date:  September 14, 2018                        */s/ Lindsay M. Sorin*
         Newark, New Jersey                      Lindsay M. Sorin
                                                   LITTLER MENDELSON, P.C.
                                                   One Newark Center – 8th Floor
                                                   Newark, New Jersey 07102
                                                   973.848.4700

                                                   *Attorneys for Defendants*
                                                     *Salisbury Bank and Trust Company and*
                                                     *Salisbury Bancorp, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of September, 2018, she caused a true and correct copy of the annexed Notice to Clerk of Supreme Court of Notice of Removal to be served via email and regular mail, upon the following:

McCullough Ginsburg Montano & Partners LLP
122 E. 42nd Street, Suite 3505
New York, New York 10168
tmccullough@mgpllp.com

Coughlan Law Offices, LLP
P.O. Box 72, 22 Hutton Street
Rhinecliff, New York 12574
coughlanlawoffices@gmail.com

/s/ Lindsay M. Sorin
Lindsay M. Sorin