UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
TRUITT,

                    Plaintiff(s),

- against -

SALISBURY BANK AND TRUST
COMPANY, et al.,

                    Defendant(s).
------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

18 cv 8386 (NSR)(PED)

The above-entitled action is referred to the Honorable Paul E. Davison, United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ___ | HABEAS CORPUS |
| ___ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ___ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ___ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ___ | SOCIAL SECURITY |
| ___ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ___ | SETTLEMENT |
| | | ___ | CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| | | ___ | CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF |
| ___ | JURY SELECTION | | |

Dated: White Plains, New York
         December 13, 2018

SO ORDERED:

_____
NELSON S. ROMÁN, U.S.D.J.

* Do not check if already referred for General Pre-Trial.

Rev. 9/10