# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

December 14, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **William Gunnar Truitt**<br>　　　　　Plaintiff,<br><br>　　　　- *against* -<br><br><br>**Salisbury Bank and Trust Company**<br>　　　　　Defendants. | **SCHEDULING ORDER**<br>7:18-cv-08386-NSR-PED |

TO ALL PARTIES:

The Court has scheduled a **Telephone Conference** before the Honorable Paul E. Davison, United States Magistrate Judge, on **January 17, 2019 at 9:30am.** **Plaintiff's counsel** will be responsible for placing the conference call. Please have all parties on the line when calling chambers.

　　**PLEASE NOTIFY YOUR ADVERSARY OF THIS SCHEDULE <u>IMMEDIATELY</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Dec 14, 2018**

SO ORDERED:

*[signature]*
Hon. Paul E. Davison
United States Magistrate Judge

12/14/18