# MGM *McCullough Ginsberg Montano & Partners*

A Limited Liability Partnership
Formed in the State of New York

Partners
  Ted McCullough, Esq. *
  Simon Ginsberg, Esq. *
  James S. Montano, Esq. * † *
  C. Dino Haloulos, Esq. * *
    * Admitted in NY
    † Admitted in NJ
    * Admitted in PA

Of Counsel
  Jason Liam Schmolze, Esq. †
  Damon Kamvosoulis, Esq. *†
  Michele J. Mittleman, Esq. *

Associates
  Kara Halpern, Esq. *
  Robert B. Lower, Esq. *
  Patrick Lynott, Esq. *†

**MEMO ENDORSED**

**Robert B. Lower**
Direct: (646) 747-6895
rlower@mgpllp.com

December 14, 2018

**VIA ECF**

*OK, no problem.*

Hon. Paul E. Davison
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Courtroom 420
White Plains, NY 10601

    Re:   *William Gunnar Truitt v. Salisbury Bank and Trust Company, et al.*
          Index No. 7:18-cv-08386-NSR-PED

*Hon. Paul E. Davison   12/14/18
Magistrate Judge*

Dear Judge Davison:

We represent Plaintiff William Truitt in the above-captioned matter and write to avoid any waiver of Mr. Truitt's rights pursuant to today's discovery Order from Your Honor (ECF No. 24).

During yesterday's Initial Conference with Judge Román, we agreed to put a months-long dispute regarding Defendants' refusal to produce text messages on hold in view of Defendants' November 13, 2018 contention that they had taken steps to preserve the text messages and our plan to serve formal requests for production of those text messages shortly.

In view of the foregoing, we respectfully ask to be notified if we will be unable to raise this discovery issue with the Court after more than 5 business days, in the event that our efforts to obtain those text messages without judicial intervention are unsuccessful.

122 East 42ⁿᵈ Street, Suite 3505, New York, NY 10168 Tel (646) 435-0300 Fax (646) 349-2217

Case 7:18-cv-08386-NSR-PED   Document 26   Filed 12/14/18   Page 2 of 2

Page 2 of 2

Sincerely,

Robert B. Lower
*Counsel for Plaintiff*
MCCULLOUGH GINSBERG
MONTANO & PARTNERS LLP
122 East 42nd Street, Suite 3505
New York, New York 10168
Phone: (646) 747-6895
rlower@mgpllp.com

cc:    Lindsay M. Sorin and Amber M. Spataro (counsel for Defendants)
       Ted McCullough and Jim Coughlan (counsel for Mr. Truitt)