# MGM *McCullough Ginsberg Montano & Partners*

A Limited Liability Partnership
Formed in the State of New York

Partners
   Ted McCullough, Esq. *
   Simon Ginsberg, Esq. *
   James S. Montano, Esq. *†♦
   C. Dino Haloulos, Esq. *♦
     † Admitted in NJ
     ♦ Admitted in PA
     * Admitted in NY

Of Counsel
   Jason Liam Schmolze, Esq. †
   Michele J. Mittleman, Esq. *

Associates
   Kara Halpern, Esq. *
   Robert B. Lower, Esq. *
   Patrick Lynott, Esq. *†

**Robert B. Lower**
Direct: (646) 747-6895
rlower@mgpllp.com

February 8, 2019

**VIA ECF**

Hon. Paul E. Davison
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Courtroom 420
White Plains, NY 10601

      Re:    *William Gunnar Truitt v. Salisbury Bank and Trust Company, et al.*
              Index No. 7:18-cv-08386-NSR-PED

Dear Judge Davison:

      We completed an uninterrupted 45-minute meet and confer with counsel for Defendants on February 4, 2019 and discussed every discovery request raised in our February 5, 2019 letter to Your Honor during that call.  We also discussed every proposed limitation to Interrogatory No. 10 that Defendants recited in their February 5 letter to Your Honor during that call.  Although we remain willing to meet and confer with Defendants regarding any request before the hearing, our requests regarding Interrogatory Nos. **1, 3, 10, 14, 15,** and **16** are still outstanding.  Finally, if Your Honor would permit me to attend the February 15, 2019 hearing telephonically, it would be greatly appreciated (allowing me to preserve a plan to visit family in Colorado).

Sincerely,

Robert B. Lower
MCCULLOUGH GINSBERG
MONTANO & PARTNERS LLP
122 East 42nd Street, Suite 3505
New York, New York 10168
Phone: (646) 747-6895
rlower@mgpllp.com
*Counsel for Plaintiff*


cc:  Ted McCullough and Jim Coughlan (counsel for Mr. Truitt)
     Lindsay M. Sorin and Amber M. Spataro (counsel for Defendants)