

**Littler Mendelson, P.C.**
One Newark Center
8th Floor
Newark, NJ  07102


Peter Ajalat and Russ McEwan
Office Managing Shareholders

Lindsay M. Sorin
973.848.4727 direct
973.848.4700 main
973.556.1746 fax
lsorin@littler.com

May 31, 2019

**VIA ECF**

Hon. Paul E. Davison
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Courtroom 420
White Plains, NY 10601

      Re:    **William Gunnar Truitt v. Salisbury Bank and Trust Company, et al.**
              **Index No. 7:18-cv-08386**

Dear Judge Davison:

In connection with the above-referenced matter, enclosed please find a proposed Scheduling Order reflecting our discussions from the telephone status conference held on May 22, 2019. Plaintiff has consented to the form of Order. Should you have any questions, please do not hesitate to contact me.

                    Respectfully Submitted,

                    */s/ Lindsay M. Sorin*

                    Lindsay M. Sorin

Enclosure

cc:    Robert Lower, Esq. (via ECF)
       Ted McCullough, Esq. (via ECF)
       James Coughlin, Esq. (via ECF)
       Amber M. Spataro, Esq. (via ECF)

FIRMWIDE:164678858.1 099759.1001