

**Littler**
Employment & Labor Law Solutions Worldwide

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102

Peter Ajalat and Russ McEwan
Office Managing Shareholders

Lindsay M. Sorin
973.848.4727 direct
973.848.4700 main
973.556.1746 fax
lsorin@littler.com

June 26, 2019

**VIA ECF**

Honorable Judge Nelson Stephen Roman
U.S. District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re: **William Gunnar Truitt v. Salisbury Bank and Trust Company, et al.**
          **Index No. 7:18-cv-08386**

Dear Judge Roman:

We represent Defendants Salisbury Bank and Trust Company and Salisbury Bancorp, Inc. in the above referenced matter. On June 3, 2019, Magistrate Judge Davison So Ordered an Amended Civil Case Discovery Plan and Scheduling Order, providing the parties with additional time to complete discovery. See ECF#39. In light of the Amended Scheduling Order, which sets a discovery end date of October 30, 2019, we write to respectfully request an adjournment of the currently scheduled case management conference on July 25, 2019. There have been no previous requests for an adjournment of this conference, and Plaintiff consents to this request.

Thank you for the Court's consideration of this request.

                              Respectfully submitted,

                              /s *Lindsay M. Sorin*

                              Lindsay M. Sorin

cc:    Robert Lower, Esq. (via ECF)
       Ted McCullough, Esq. (via ECF)
       James Coughlin, Esq. (via ECF)

FIRMWIDE:165150894.1 099759.1001

*Handwritten order:* Due to an extension of the discovery cutoff, the Status Conf. is adjourned from July 25, 2019 until Nov. 8, 2019 at 10:30 am. Clerk of the Court requested to terminate the motion (doc. 40). Dated: July 2, 2019

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2019