# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

October 17, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**William Gunnar Truitt**

                Plaintiff,

*- against -*

**Salisbury Bank and Trust Company**

                Defendants.

**RESCHEDULING ORDER**

7-18-cv-08386-NSR-PED

TO ALL PARTIES:

The telephone conference scheduled on <u>November 4, 2019 at 4:30pm</u>. before the Hon. Paul E. Davison, U.S.M.J., is rescheduled to <u>November 6, 2019 at 10:00am</u>.

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY!**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Oct 17, 2019**

SO ORDERED:

*/s/ Paul E. Davison*
Hon. Paul E. Davison
United States Magistrate Judge

Oct 17, 2019