# MGM  *McCullough Ginsberg Montano & Partners*

A Limited Liability Partnership
Formed in the State of New York

Partners
    Ted McCullough, Esq. [*]
    Simon Ginsberg, Esq. [*]
    James S. Montano, Esq. [*†♦]
    C. Dino Haloulos, Esq. [*♦]
       [†] Admitted in NJ
       [♦] Admitted in PA
       [*] Admitted in NY

Of Counsel
    Jason Liam Schmolze, Esq. [†]
    Michele J. Mittleman, Esq. [*]

Associates
    Kara Halpern, Esq. [*]
    Robert B. Lower, Esq. [*]
    Patrick Lynott, Esq. [*†]

**Robert B. Lower**
Direct: (646) 747-6895
rlower@mgpllp.com

October 17, 2019

**VIA ECF**

Hon. Paul E. Davison
United States Magistrate Judge
United States Courthouse
300 Quarropas Street, Courtroom 420
White Plains, NY 10601

      Re:    *William Gunnar Truitt v. Salisbury Bank and Trust Company, et al.*
              Index No. 7:18-cv-08386-NSR-PED

Dear Judge Davison:

      Defendants have refused to produce their expert, Mr. Musso, for his deposition until November 7, 2019, despite Plaintiff's repeated attempts to accommodate Mr. Musso's deposition by the October 30, 2019 expert deposition deadline established in Your Honor's June 3, 2019 Amended Scheduling Order. Accordingly, although Plaintiff does not think Mr. Musso's recently-disclosed plan to travel the last two weeks of October warrants a delay of this magnitude, in the interest of cooperation, all parties consent to and request Your Honor's permission to complete Mr. Musso's deposition on **November 7, 2019**. For context, that is just after the teleconference scheduled with Your Honor on November 6, 2019 at 10:00 AM and just before the Status Conference scheduled with Judge Román on November 8, 2019 at 10:30 AM. Plaintiff has not made a previous request for adjournment or extension and, if this request is

denied, Plaintiff remains willing and able to depose Mr. Musso by the current October 30, 2019 deadline.  Thank you for your time and consideration.

           Sincerely,

           Robert B. Lower
           MCCULLOUGH GINSBERG
           MONTANO & PARTNERS LLP
           122 East 42nd Street, Suite 3505
           New York, New York 10168
           Phone: (646) 747-6895
           rlower@mgpllp.com
           *Counsel for Plaintiff*

cc:    Ted McCullough and Jim Coughlan (counsel for Mr. Truitt)
       Lindsay M. Sorin and Amber M. Spataro (counsel for Defendants)