Jennifer Fischer, Esq.
**LITTLER MENDELSON**
A Professional Corporation
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700

Amber M. Spataro, Esq., *pro hac vice*
**LITTLER MENDELSON, P.C.**
A Professional Corporation
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendants
    *Salisbury Bank and Trust Company and Salisbury Bancorp, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIAM GUNNAR TRUITT,<br><br>           Plaintiff,<br><br>-against-<br><br>SALISBURY BANK AND TRUST COMPANY;<br>AND SALISBURY BANCORP, INC.,<br><br>           Defendants. | Civil Action No. 7:18-cv-08386-NSR-PED<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>The application is   X granted.<br>                       denied.<br><br>Nelson S. Román, U.S.D.J.<br>Dated: Dec. 15, 2019<br>White Plains, New York 10601 |

**PLEASE TAKE NOTICE THAT** Jennifer Fischer, Esq., Littler Mendelson, P.C., One Newark Center, Eighth Floor, Newark, New Jersey 07102 (telephone number 973.848.4700) shall be and hereby is substituted as counsel for Defendants Salisbury Bank and Trust Company and Salisbury Bancorp, Inc. (collectively "Defendants") in the above-captioned matter in the place and stead Lindsay M. Sorin, Esq., Littler Mendelson, P.C., One Newark Center, Eighth Floor, Newark, New Jersey 07102 (telephone number 973.848.4700).

Ms. Fischer will replace Ms. Sorin as local counsel for Amber M. Spataro Esq., previously admitted *pro hac vice* in this matter, and will file all papers, accept service of all notices, orders and pleadings and abide by all other requirements of Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Ms. Fischer certifies, under penalty of perjury, that she is a member in good standing of the bars of the States of New Jersey, New York, and Maryland, the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Western District of New York.

> **LITTLER MENDELSON**
> A Professional Corporation
> Attorneys for Defendants
>   *Salisbury Bank and Trust Company and Salisbury*
>   *Bancorp, Inc.*
>
> By:     s/ Jennifer Fischer, Esq.
>         Jennifer Fischer, Esq.
>         Superseding Attorney

Dated: 12/11/2019

4846-0429-4062.1 099759.1001