UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM GUNNAR TRUITT,

    Plaintiff,

-against-

SALISBURY BANK AND TRUST COMPANY;
AND SALISBURY BANCORP, INC.,

    Defendants.

Case No. 7:18-cv-08386-NSR-PED

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

---

    **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Jennifer I. Fischer and the Exhibits annexed thereto, Defendants' Rule 56.1 Statement of Undisputed Material Facts, dated December 12, 2019, the accompanying Memorandum of Law in support of Defendants' Motion for Summary Judgment, and all other pleadings and filings in this action, Defendants Salisbury Bank and Trust Company and Salisbury Bancorp, Inc. (collectively "Defendants"), by and through their counsel Littler Mendelson, P.C., hereby move the Court, before the Honorable Nelson S. Román, United States District Court Judge, at the United States District Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York, 10601, at a date and time convenient for the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendants' Motion for Summary Judgment dismissing all claims in this action with prejudice, together with such other relief as the Court deems just, proper and equitable.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's order dated November 8, 2019 and the Local Rules of the United States District Court of the Southern and

Eastern Districts of New York, Plaintiffs' opposition papers shall filed on or before January 13, 2020, and Defendants' reply papers shall be filed on or before January 28, 2020.

Dated: December 13, 2019
      New York, New York

                                                */s/ Jennifer I. Fischer*
                                                Jennifer I. Fischer
                                                Amber M. Spataro (*pro hac vice*)
                                                LITTLER MENDELSON, P.C.
                                                One Newark Center, 8th Floor
                                                Newark, New Jersey 07102
                                                973.848.4700
                                                jfischer@littler.com

                                                *Attorneys for Defendants*

**VIA HAND DELIVERY**

To:    The Honorable Nelson S. Román, U.S.D.J.
         All Attorneys of Record