**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIAM GUNNAR TRUITT, | Civil Action No.: 7:18-cv-08386-NSR-PED |
| Plaintiff, | |
| -against- | |
| SALISBURY BANK AND TRUST COMPANY; AND SALISBURY BANCORP, INC., | **[PROPOSED] ORDER** |
| Defendants. | *Electronically Filed* |

THIS MATTER, having been opened to the Court by Littler Mendelson, P.C., attorneys for Defendants Salisbury Bank and Trust Company and Salisbury Bancorp, Inc.  (together, "Defendants"), on notice to Plaintiff William Gunnar Truitt, and the Court having considered the papers offered in support thereof and the opposition of Plaintiff, if any, and for good cause shown;

**IT IS** on this _____ day of _____, 20____, **ORDERED** as follows:

1.      Defendants' Motion for Summary Judgment is granted.

2.      The Complaint against Defendants is dismissed in its entirety and with prejudice.

3.      The Clerk of the Court shall enter judgment in favor of Defendants.

_____
Hon. Nelson S. Román, U.S.D.J.