UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM GUNNAR TRUITT,<br><br>         Plaintiff,<br><br> -against-<br><br>SALISBURY BANK AND TRUST COMPANY; AND SALISBURY BANCORP, INC.,<br><br>         Defendants. | Civil Action No.: 7:18-cv-08386-NSR-PED<br><br>**CERTIFICATION OF SERVICE** |

**JENNIFER I. FISCHER**, of full age, hereby certifies as follows:

1. I am an attorney-at-law and I am an associate of the law firm of Littler Mendelson, P.C., counsel for Defendants Salisbury Bank and Trust Company and Salisbury Bancorp, Inc. (together, "Defendants") in the above-captioned action. I am familiar with the facts set forth in this Certification.

2. On January 28, 2020, I caused the original and two copies of the following to be filed with the Honorable Nelson S. Román, U.S.D.J., United States District Court for the Southern District of New York, United States Courthouse, 300 Quarropas Street, Courtroom 218, White Plains, NY 10601 via Federal Express and electronic filing:

 (a) Defendants' Brief In Further Support of Defendants' Motion for Summary Judgment;

 (b) Declaration Of Jennifer I. Fischer In Further Support Of Defendants' Motion For Summary Judgment (with exhibits);

 (c) this Certification of Service.

3. On January 28, 2020, I caused one courtesy copy of the following to be filed with the Honorable Nelson S. Román, U.S.D.J., United States District Court for the Southern District

of New York, United States Courthouse, 300 Quarropas Street, Courtroom 218, White Plains, NY 10601 via Federal Express:

    (a)    Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (with exhibits).

    4.    On January 28, 2020, I caused a true and correct copy of the following to be served on counsel for Plaintiff, Ted McCullough, Esq. and Robert B. Lower, Esq., McCullough Ginsberg Montano & Partners LLP, 122 East 42nd Street, Suite 3505, New York, New York 10168 and James Coughlan, Esq., Coughlan Law Offices, LLP, P.O. Box 72, 22 Hutton Street, Rhinecliff, New York 12574, via electronic filing:

    (a)    Defendants' Brief In Further Support of Defendants' Motion for Summary Judgment;

    (b)    Declaration Of Jennifer I. Fischer In Further Support Of Defendants' Motion For Summary Judgment (with exhibits);

    (c)    this Certification of Service.

I certify under penalty of perjury that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                     */s/ Jennifer I. Fischer*
                                                       Jennifer I. Fischer

Dated: January 28, 2020