Docket in case # 18 CV/ER 8386 (NSR)
As: Letter response
Date: 1/30/2020



Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102

Peter Ajalat and Russ McEwan
Office Managing Shareholders

Jennifer I. Fischer
973.848.4760 direct
973.848.4700 main
jfischer@littler.com

January 30, 2020

**VIA FACSIMILE (914.390.4179)**

Hon. Nelson S. Román, U.S.D.J.
United States District Court for the
  Southern District of New York
United States Courthouse
300 Quarropas Street, Courtroom 218
White Plains, NY 10601

    Re: *William Gunnar Truitt v. Salisbury Bank and Trust Company, et al.*
         Civil Action No.: 7:18-cv-08386-NSR

Dear Judge Román:

    This firm represents Defendants Salisbury Bank and Trust Company and Salisbury Bancorp, Inc. (together, "Defendants") in connection with the above matter. We write to object to Plaintiff's January 29, 2020 request for leave to amend his Opposition briefing [ECF #48] in order to include a response to Defendants' Statements of Undisputed Material Facts Pursuant to Rule 56.1. Plaintiff has offered no explanation for his failure to provide a compliant response with his original briefing and should not be allowed an opportunity to amend now.

    However, should the Court allow Plaintiff to amend his Opposition briefing, Defendants request additional briefing to address whatever new arguments Plaintiff may raise in his amended filing.

                                Respectfully submitted,

                                Jennifer I. Fischer

Enc.
cc:    Robert Lower, Esq. (via email)

4828-6207-2499.1 099759.1001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/2020

littler.com





**FACSIMILE COVER SHEET**

January 30, 2020

| | | | | | |
|---|---|---|---|---|---|
| To: | Hon. Nelson Stephen Román | Fax: | 914.390.4179 | Phone: | |

Fax #(s) verified before sending (Initial):

| | | | | | |
|---|---|---|---|---|---|
| From: | Jennifer I. Fischer | Fax: | 973.718.4671 | Phone: | 973.848.4760 |

Length, including this cover letter:   2   Pages

If you do not receive all pages, please call Sender's Phone Number.

Message:

CONFIDENTIALITY – The information contained in this fax message is intended only for the personal and confidential use of the designated recipient(s) named above. This message is a communication from attorneys or their agents relating to pending legal matters and, as such, is intended to be privileged and/or confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

Transmittal Completed: _____ am / pm   Client Code: _____   User Number: 3253

Littler Mendelson, P.C.
One Newark Center, 8th Floor, Newark, NJ 07102
Tel: 973.848.4700 Fax: 973.643.5626 www.littler.com