MEMO ENDORSED

# MGM McCullough Ginsberg Montano & Partners

A Limited Liability Partnership
Formed in the State of New York

Partners
   Ted McCullough, Esq. *
   Simon Ginsberg, Esq. *
   James S. Montano, Esq. *†*
   C. Dino Haloulos, Esq. *†
      * Admitted in NY
      † Admitted in NJ
      * Admitted in PA

Of Counsel
   Jason Liam Schmolze, Esq. *
   Damon Kamvosoulis, Esq. *†
   Michele J. Mittleman, Esq. *

Associates
   Kara Halpern, Esq. *
   Robert B. Lower, Esq. *
   Patrick Lynott, Esq. *†

**Robert B. Lower**
Direct: (646) 747-6895
rlower@mgpllp.com

January 29, 2020

**VIA FACSIMILE**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street, Courtroom 218
White Plains, NY 10601

> Application denied. Motion is fully submitted.
> Dated: Jan. 31, 2020
>
> **SO ORDERED:**
> [signature]
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   *William Gunnar Truitt v. Salisbury Bank and Trust Company, et al.*
       Index No. 7:18-cv-08386-NSR

Dear Judge Román:

    Pursuant to the Court's ability to provide any party with an opportunity to address another party's assertion of fact, as established by Fed. R. Civ. P. 56(e)(2), and the Local Rule 56.1(b) requirement for a "correspondingly numbered paragraph responding to each numbered paragraph in the statement of the moving party," we respectfully request leave to amend Plaintiff's January 10, 2020 declaration in response to Defendants' Statement of Undisputed Material Facts (Ex. 16 to Plaintiff's Opposition) to include each paragraph from Defendants' Rule 56.1 Statement with responses directly beneath them. Plaintiff would be able to serve and e-file an amended copy of that declaration by Friday January 31, 2020. Finally, to the extent permitted by the Court's docket, Plaintiff respectfully requests oral argument regarding Defendants' Motion for Summary Judgment.

Sincerely,

[signature]

Robert B. Lower
**MCCULLOUGH GINSBERG**
**MONTANO & PARTNERS LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2020

122 East 42nd Street, Suite 3505, New York, NY 10168 Tel (646) 435-0300 Fax (646) 349-2217

Page 2 of 2

122 East 42nd Street, Suite 3505
New York, New York 10168
Phone: (646) 747-6895
rlower@mgpllp.com
*Counsel for Plaintiff*

cc: Ted McCullough and Jim Coughlan (counsel for Mr. Truitt)
    Jennifer I. Fischer and Amber M. Spataro (counsel for Defendants)



# FAX COVER SHEET

| TO | |
|---|---|
| COMPANY | |
| FAX NUMBER | 19143904179 |
| FROM | Theodore McCullough |
| DATE | 2020-01-29 21:05:42 GMT |
| RE | Fax to Hon Roman |

COVER MESSAGE

Please see the attached for faxing.

**Carleen A. Hall**
Paralegal
**McCullough Ginsberg Montano & Partners LLP**
122 East 42nd Street, Suite 3505
New York, NY 10168
Direct (646) 747-4681
Main (646) 435-0300
Fax (646) 349-2217
www.mgpllp.com