# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

WILLIAM GUNNAR TRUITT,

                     Plaintiff,                          18 **CIVIL** 8386 (NSR)

        -against-                                **<u>JUDGMENT</u>**

SALISBURY BANK AND TRUST COMPANY
and SALISBURY BANCORP, INC.,

                     Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 22, 2020, Defendants' motion for summary judgment is granted and Plaintiff's complaint is dismissed; judgment is entered in favor of Defendants.

**Dated:**  New York, New York
           July 23, 2020

                                                                  RUBY J. KRAJICK
                                                                _____
                                                                   Clerk of Court
                                       BY:
                                                                   _____
                                                                  Deputy Clerk