UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM GUNNAR TRUITT,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>SALISBURY BANK AND TRUST COMPANY;<br>AND SALISBURY BANCORP, INC.,<br><br>　　　　　　　Defendants. | Civil Action No.: 7:18-cv-08386-NSR-PED<br><br>**NOTICE OF MOTION FOR RECONSIDERATION** |

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support Plaintiff's Motion for Reconsideration, Plaintiff William Gunnar Truitt hereby moves for reconsideration of this Court's Opinion and Order dated July 21, 2020, ECF No. 52, under Fed. R. Civ. P. 60(b) and Local Civil Rule 6.3 and for an order denying Defendants' Motion for Summary Judgment with prejudice, in the above-captioned matter before the Honorable Nelson S. Román, United States District Judge, on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601.

Dated:　August 4, 2020
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　Robert B. Lower
　　　　　　　　　　　　　　　　　　　　　　Ted McCullough
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　MCCULLOUGH GINSBERG
　　　　　　　　　　　　　　　　　　　　　　& PARTNERS LLP
　　　　　　　　　　　　　　　　　　　　　　rlower@mgpllp.com
　　　　　　　　　　　　　　　　　　　　　　tmccullough@mgpllp.com
　　　　　　　　　　　　　　　　　　　　　　122 East 42nd Street, Suite 3505
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10168
　　　　　　　　　　　　　　　　　　　　　　Phone: (646) 747-6895

MCCULLOUGH GINSBERG & PARTNERS LLP
122 E 42nd Street, Suite 3505
New York, NY 10168
Tel: (646) 435-0300
Counsel for Plaintiff

COUGHLAN LAW OFFICES, LLP
P.O. Box 72, 22 Hutton St.
Rhinecliff, NY 12574
Tel: (845) 802-6684
Co-counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM GUNNAR TRUITT,<br><br>               Plaintiff,<br><br>        -against-<br><br>SALISBURY BANK AND TRUST COMPANY;<br>AND SALISBURY BANCORP, INC.,<br><br>               Defendants. | Civil Action No.: 7:18-cv-08386-NSR-PED<br><br>**CERTIFICATE OF SERVICE** |

      I, Robert B. Lower, hereby certify that I am over the age of 18 and that, on August 4, 2020, I served Plaintiff's Notice of Motion for Reconsideration and Plaintiff's Memorandum of Law in Support Plaintiff's Motion for Reconsideration, both dated August 4, 2020, by emailing them to Counsel for Defendants and electronically filing them with the Southern District of New York.

Dated: August 4, 2020
       New York, New York

                                          Respectfully submitted,

                                          Robert B. Lower