

Littler Mendelson, P.C.
One Newark Center, 8th Floor
Newark, NJ  07102

Peter Ajalat
Office Managing Shareholders

Jennifer I. Fischer
973.848.4760 direct
973.848.4700 main
jfischer@littler.com
jfischer@littler.com

August 14, 2020

**VIA ECF**

Hon. Nelson S. Román, U.S.D.J.
United States District Court for the
  Southern District of New York
United States Courthouse
300 Quarropas Street, Courtroom 218
White Plains, NY 10601

      Re:   *William Gunnar Truitt v. Salisbury Bank and Trust Company, et al.*
             Civil Action No.: 7:18-cv-08386-NSR

Dear Judge Román:

      This firm represents Defendants Salisbury Bank and Trust Company and Salisbury Bancorp, Inc. (together, "Defendants") in connection with the above matter. We write to request a 6-day extension of time until August 24, 2020 to file an Opposition to Plaintiff's Motion for Reconsideration of the Court's Order Dated July 21, 2020.

      The undersigned counsel just returned from parental leave today and requests the additional time to get up-to speed on Plaintiff's motion and prepare Defendants' response. We have conferred with opposing counsel and he has consented to the 6-day extension request. We thank the Court for its courtesies in this regard.

                          Respectfully submitted,

                          */s/ Jennifer I. Fischer*

                          Jennifer I. Fischer

cc:   All Counsel of Record (via ECF)

4821-6486-6247.1 099759.1001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/14/2020

**Application Granted**. Defendants' date to file an opposition to Plaintiff's motion for reconsideration is extended until August 24, 2020. The Clerk of Court is directed to terminate the motion at ECF No. 55.

Date: 8/14/2020

Nelson S. Román, U.S. District Judge

littler.com