UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUITT,

                Plaintiff(s),                        **ORDER**

     - against -                           18 Civ. 8386 (NSR)

SALISBURY BANK AND TRUST COMPANY,
et al.,

                Defendant(s).
------------------------------------------------------------X
NELSON S. ROMÁN, U.S.D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is

      ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

      In light of the settlement, the Court cancels the Final Pretrial Teleconference scheduled for April 4, 2024 and the jury trial scheduled for April 9, 2024 as well as all trial deadlines.

                                                                           SO ORDERED.

Dated:     White Plains, New York
             December 4, 2023

                                                                   Nelson S. Román, U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/04/2023___